IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**RODNEY BLAKE EVANS, #161832**                                 **PLAINTIFF**

v.                                                               **CIVIL ACTION NO. 3:23-cv-223-HTW-LGI**

**MISSISSIPPI DEPARTMENT**
**OF CORRECTIONS, ET AL.**                                             **DEFENDANTS**

### ORDER ADOPTING REPORT AND RECOMMENDATION [18]

BEFORE THE COURT is the Report and Recommendation [18] of United States Magistrate Judge LaKeysha Greer Isaac.  This case is subject to screening under the Prison Litigation Reform Act ("PLRA") because Plaintiff Evans is incarcerated and proceeding *in forma pauperis*.  As part of that screening, in her Report and Recommendation filed on November 27, 2023, Magistrate Judge Isaac recommended the dismissal of Defendant Mississippi Department of Corrections.  Magistrate Judge Isaac directed the parties to file any objections within fourteen (14) days.  To date, there has been no objections filed.

Based upon the findings and recommendation contained in the Report and Recommendation, the Court finds it well-taken and hereby **ADOPTS** the Report and Recommendation [18] of the Magistrate Judge as the Order of this Court.

This Order, commensurately, **DISMISSES** the Mississippi Department of Corrections as a Defendant.

**SO ORDERED** this the 4th day of January, 2024.

                                                     s/HENRY T. WINGATE
                                                     UNITED STATES DISTRICT JUDGE